## Commonwealth *v.* Schell, Appellant.

Submitted June 14, 1971. *Roscoe Schell,* appellant, in propria persona; *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* Executive Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.